UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA MOSEDALE,<br><br>    Plaintiff,<br><br>    v.<br><br>FABS GROUP, INC. *et al*,<br><br>    Defendants. | Case No.  2:25-cv-02008-JAM-SCR<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO FILE FIRST AMENDED COMPLAINT (ECF No. 10)** |

The stipulation of Plaintiff Cara Mosedale and Defendants FABS GROUP, INC., A California Corporation doing business as FULL ASSOCIATION BUSINESS SERVICE DBA TAHOE MANAGEMENT; JOYCE DARLENE BERG, an Individual; JOYCE DARLENE BERG AS TRUSTEE OF THE BERG FAMILY REVOCABLE LIVING TRUST 2023, to allow Plaintiff to File a First Amended Complaint, was presented to the Court for consideration.  ECF No. 10. Given the agreement of the parties, and the information presented to the Court by stipulation, Plaintiff's First Amended Complaint may be filed.  The Court is also in receipt of Defendant's Notice of Withdrawal of the pending Motion to Strike language from the Complaint.  See ECF Nos. 1, 6, 12.

//

//

Accordingly, Plaintiff is **ORDERED** to file forthwith, separately, the First Amended complaint, attached as Exhibit No. 1 to the Stipulation (ECF No. 10).  Defendant's Motion to Strike (ECF No. 6) is also **DEEMED MOOT** and **WITHDRAWN**.

**IT IS SO ORDERED**.

Dated:  October 22, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE