Richard J. Placido, Esq. (SBN: 317334)
**RESNICK & LOUIS, P.C.**
9891 Irvine Center Dr., Suite 200
Irvine, CA 92618
Telephone: (714) 912-8313
Email: rplacido@rlattorneys.com

Attorneys for Defendant,
FABS Group, INC., and Joyce Darlene Berg individually and as Trustee of the
Berg Family Revocable Living Trust 2023

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA MOSEDALE, an individual, | ) Case No.   2:25-cv-02008-JAM-SCR |
| Plaintiff, | ) |
| vs. | ) **FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |
| FABS GROUP, INC., A California Corporation doing business as FULL ASSOCIATION BUSINESS SERVICE DBA TAHOE MANAGEMENT; JOYCE DARLENE BERG, an individual; JOYCE DARLENE BERG AS TRUSTEE OF THE BERG FAMILY REVOCABLE LIVING TRUST 2023; and DOES 1-10, | ) |
| Defendants. | ) |

Plaintiff Cara Mosedale and Defendants FABS Group, Inc., Joyce Darlene Berg, individually, and Joyce Darlene Berg as Trustee of the Berg Family Revocable Living Trust 2023, through their respective attorneys of record, hereby stipulate to modification of the Court's Pretrial Scheduling Order [Docket No. 9, filed September 17, 2025] as set forth below.

/ / /

/ / /

1

**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

WHEREAS, Plaintiff Cara Mosedale filed her Complaint in this action in the United States District Court, Eastern District of California, Case No. 2:25-cv-02008-JAM-SCR, and subsequently filed her First Amended Complaint on October 23, 2025 [Docket No. 14];

WHEREAS, on September 17, 2025, the Court entered its Pretrial Scheduling Order [Docket No. 9] setting, among other things, the following deadlines:

1.      April 17, 2026: Disclosure of expert witnesses under FRCP. 26(a)(2);

2.      May 1, 2026: Supplemental and rebuttal expert disclosures under FRCP 26(a)(2)(c);

3.      June 5, 2026: Discovery cut-off;

4.      August 7, 2026: Dispositive motion filing deadline;

5.      December 4, 2026: Final Pretrial Conference; and

6.      January 25, 2027: Jury Trial.

WHEREAS, the parties have been diligently engaged in written discovery and the scheduling of depositions, but require additional time to complete percipient discovery and to prepare and exchange expert witness disclosures in light of the nature and scope of the issues in this matter;

WHEREAS, good cause exists to extend the current deadlines for the close of discovery, for the disclosure of expert and rebuttal witnesses, and for the filing of dispositive motions, and the parties agree that the requested modification will not affect the hearing date on dispositive motions, the Final Pretrial Conference, or the trial date; and

WHEREAS, in light of the above, the parties have agreed to extend the deadlines for the discovery cut-off, the disclosure of expert witnesses, the disclosure of rebuttal expert witnesses, and the filing of dispositive motions as set forth below.

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      The discovery cut-off shall be extended from June 5, 2026, to August 8, 2026.

2.      The deadline for disclosure of expert witnesses shall be extended from April 17, 2026, to June 17, 2026.

3.      The deadline for supplemental and rebuttal expert witness disclosures shall be made

2

**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

shall be July 17, 2026 (thirty (30) days after the disclosure of expert witnesses).

4.    The deadline for filing dispositive motions shall be extended from August 7, 2026, to September 8, 2026.

5.    All other dates and deadlines set forth in the Court's Pretrial Scheduling Order [Docket No. 9], including the hearing date on dispositive motions, the Final Pretrial Conference, and the trial date, shall remain unchanged.

Dated: April 17, 2026          **RESNICK & LOUIS, P.C.**


/s/ Richard J. Placido
Richard J. Placido, Esq.
Attorney for Defendant,
FABS Group, INC., and Joyce Darlene Berg individually and as Trustee of the Berg Family Revocable Living Trust 2023

Dated: April 17, 2026          **LAW OFFICES OF CRAIG P. FAGAN**


/s/ Craig P. Fagan
Craig P. Fagan
Attorney for Plaintiff,
Cara Mosedale

**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

## ORDER MODIFYING PRETRIAL SCHEDULING ORDER

Pursuant to the parties' Stipulation and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| Event | New Deadline |
|---|---|
| Discovery Cutoff Date | **08/08/2026** |
| Disclosure of Expert(s) Deadline | **06/17/2026** |
| Supplemental Disclosure Deadline | **07/17/2026** |
| Joint Mid-Litigation Statement Filing Deadline | Fourteen (14) days prior to the close of discovery |
| Dispositive Motion Filing Deadline | **09/08/2026** |
| Dispositive Motion Hearing | As previously scheduled **10/06/2026, at 01:00 p.m.** |
| Joint Pretrial Statement Filing Deadline | Seven (7) days prior to the final pretrial conference |
| Final pretrial conference | As previously scheduled **12/04/2026, at 11:00 a.m.** |
| Jury Trial (3-5 Days) | As previously scheduled **01/25/2027, at 9:00 a.m.** |

All other dates and deadlines set forth in the Pretrial Scheduling Order (ECF No. 9) shall remain unchanged.

**IT IS SO ORDERED.**

Dated: April 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**FIRST STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**